■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. KOEHL, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered September 4, 1964, which denied without a hearing his application to vacate a judgment of said court rendered April 29, 1963 on his plea of guilty, convicting him of attempted forgery in the third degree, and imposing sentence. Order reversed on the law and the facts, and application remitted to the Supreme Court, Kings County: (1) for a hearing on the defendant's claim that he was mentally incapable of understanding the charges and making his defense at the time of his plea of guilty and sentence; and (2) for further proceedings not inconsistent herewith. In our opinion, the facts alleged by the defendant are sufficient to require a hearing upon his claim of incompetency at the time he pleaded guilty and was sentenced (*People* v. *Jones*, 12 N Y 2d 1024; *People* v. *Sprague*, 11 N Y 2d 951; *People* v. *Boundy*, 10 N Y 2d 518). Christ, Acting P. J., Brennan, Hill, Hopkins and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD MACHADO, Appellant.— Appeal by defendant from an order of the Supreme Court, Queens County, entered October 5, 1964, which denied without a hearing his application to vacate his prior sentence as a second felony offender, and to be resentenced as a first felony offender. Appeal dismissed. An order denying such an application is not appealable (Code Crim. Pro., § 517). However, we have examined the record and have considered defendant's contentions; and, if we did not dismiss the appeal, we would have affirmed the order in any event. (For prior related decisions, see 18 A D 2d 1103 and 34 Misc 2d 408.) Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.